**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Carver, et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>*Bank of New York Mellon, et al.*,<br><br>       Defendants. | No. 15-CV-10180 (JPO)(JLC) |

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES,**
**REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**

      This matter is before the Court in connection with Lead Plaintiffs' Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards. Based on the submissions of the parties and the proceedings herein, the Court hereby Orders that:

1.     The Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards is **GRANTED;**

2.     Lead Plaintiffs' Counsel and Plaintiff's Counsel are awarded attorneys' fees in the amount of $4,166,250.00 to be allocated among Plaintiffs' Counsel, which amounts to 33.33% of the $12.5 million Settlement.

3.     Lead Plaintiffs' Counsel and Plaintiff's Counsel are granted $1,800,000.00 million in Litigation Expenses incurred during this Action; and

4.     Named Plaintiffs are granted a Service Award of $10,000.00 each in recognition of their service to the Settlement Class.

SO ORDERED this 23rd day of May, 2019

                                 J. PAUL OETKEN
                          United States District Judge